Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.4.30.96,<br><br>              Defendant. | Case Number: 5:18-cv-01168-HRL<br><br>Magistrate Judge Howard R. Lloyd<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.4.30.96** |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 24.4.30.96 ("Defendant") through his counsel, Nicholas Ranallo, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: May 21, 2018                              Respectfully submitted,


                                                 By: /s/ *Lincoln D. Bandlow*
                                                 Lincoln D. Bandlow, Esq.
                                                 FOX ROTHSCHILD LLP
                                                 *Attorney for Plaintiff*