Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.4.30.96,<br><br>               Defendant. | Case Number: 5:18-cv-01168-HRL<br><br>Magistrate Judge Howard R. Lloyd<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.4.30.96** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.4.30.96, are voluntarily dismissed with prejudice.

Dated:  May 29, 2018                                                  Respectfully submitted,


                                                                                  By: /s/ *Lincoln D. Bandlow*
                                                                                  Lincoln D. Bandlow, Esq.
                                                                                  FOX ROTHSCHILD LLP
                                                                                  *Attorney for Plaintiff*

1